## KNAPP *v.* PERRY.

BILL OF REVIEW—APPEAL.

 The action of the circuit judge in denying complainant's petition for leave to file a bill of review was affirmed.

Appeal from Midland; Dodds, J. Submitted April 21, 1898. Decided May 17, 1898.

Bill by Sophia Knapp against Judson M. Perry and others to reform a deed and mortgage. Complainant appeals from an order denying her petition for leave to file a bill of review. Affirmed.

*Floyd L. Post,* for complainant.

*Henry Hart* (*Ray Hart,* of counsel), for defendants.

PER CURIAM.    The complainant filed the bill in this cause to reform a deed and mortgage.    Upon the hearing, the relief prayed was denied; but the decree granted an extension of time within which she might redeem from the sale of the premises upon foreclosure of said mortgage. A petition for leave to file a bill of review was filed, and the complainant has appealed from a denial of the same. In our opinion, the action of the learned circuit judge is justified by the record, and it is affirmed, with costs.